1  JONATHAN HAYDEN (CSB 104520)
   TRACY SMITH TODD (CSB 172884)
2  AARON M. ARMSTRONG (CSB 197301)
   THOMAS S. KIMBRELL (CSB 223068)
3  HELLER EHRMAN WHITE &
   MCAULIFFE LLP
4  333 Bush Street
   San Francisco, CA  94104-2878
5  Telephone:  (415) 772-6000
   Facsimile:  (415) 772-6268
6
7  DEBORAH C. SAXE (BAR NO. 81719)
   MATTHEW M. YU (BAR NO. 186807)
8  CINDI L. PUSATERI (BAR NO. 216899)
   HELLER EHRMAN WHITE &
9  McAULIFFE LLP
   601 South Figueroa Street
10 Los Angeles, CA  90017-5758
   Telephone:  (212) 689-0200
11 Facsimile:  (213) 614-1868

12 Attorneys for Washington Mutual
   WASHINGTON MUTUAL BANK, FA,
13 and
   WASHINGTON MUTUAL, INC.

MARTIN F. JENNINGS, JR. (CSB No. 040876)
STEPHAN A. MANDELL (CSB No. 095461)
Attorneys at Law
P.O. Box 2239
Granite Bay, CA 95746
Telephone: 916.791.2374
Facsimile: 916.791.3195

Attorneys for Plaintiffs
MARK HUISKING and JOHN SANNAR

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19                 SAN FRANCISCO DIVISION

20 Mark Huiksing and John Sannar,          CASE NO. C 03-3714

21                    Plaintiffs,
          vs.                             **STIPULATION OF DISMISSAL
22                                         WITH PREJUDICE**
23 WASHINGTON MUTUAL BANK, FA,
   DIME BANCORP, INC. and DOES 1-10
24 inclusive,

25                    Defendants.

28

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  The parties agree that there is no prevailing party in this matter and that they are each responsible for their own attorney's fees and costs.

DATED:  April 19, 2005                    LAW OFFICES
                                          MARTIN F. JENNINGS, JR.


                                          By _____s/Martin F. Jennings_____
                                                  MARTIN F. JENNINGS, JR.

                                          Attorneys for Plaintiffs



DATED:  April 19, 2005                    HELLER EHRMAN WHITE & MCAULIFFE LLP

                                          By _____s/Jonathan P. Hayden_____
                                                  JONATHAN P. HAYDEN

                                          Attorneys for Defendants
                                          WASHINGTON MUTUAL BANK, FA AND
                                          WASHINGTON MUTUAL, INC.


April 21, 2005

UNITED STATES DISTRICT COURT

APPROVED

Charles R. Breyer

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL WITH PREJUDICE

Heller
Ehrman
White &
McAuliffe LLP